Nov. Term,
1860.

YOUNG
v.
URICH.

Wednesday,
December 12.

———————•◦•◦•———————

YOUNG *v.* URICH and Another.

The finding and judgment of the Court was for the defendant. There was
no conflict in the evidence; and it was sufficient to entitle the plaintiff to
a finding and judgment.

*Held,* that the motion of the plaintiff, for a new trial, should have been
sustained.

Wednesday,
December 12.

APPEAL from the *Howard* Circuit Court.

*Per Curiam.*—*Young* had an unpaid judgment against
*Urich,* on which an execution had been issued and returned
" no property." He filed his complaint against *Urich* and
*Newlin,* alleging that *Urich* had an equitable interest in
certain real estate, describing it; that he purchased the same
of *Newlin* and has paid him all the purchase money except
$200, and has taken possession of the same and now occupies
it; that *Newlin* has not conveyed it to *Urich,* but has agreed
to do so upon the payment of the $200 of unpaid purchase
money. Prayer, that *Urich's* interest may be sold to pay the
debt. *Newlin* was defaulted. *Urich* admitted the debt, but
denied the other matters alleged. The Court, on trial, found
for the defendants; overruled a motion for a new trial, and
rendered judgment on the finding.

The evidence is set out, and we think it is sufficient to
entitle the plaintiff to a finding and judgment. There is no

conflict in the testimony, and we do not perceive any substantial particular in which the plaintiff failed. We have been furnished with no brief on the part of the appellee, and, consequently, are not advised upon what ground the finding and judgment were rendered, or are sought to be maintained.

The judgment is reversed, with costs, and the cause remanded for a new trial.

*R. Vaile* and *H. A. Brouse*, for appellant.